

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-28-2009

# USA v. George Blood

Precedential or Non-Precedential: Non-Precedential

Docket No. 08-4101

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"USA v. George Blood" (2009). *2009 Decisions*. Paper 1463.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/1463

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 08-4101
_____

UNITED STATES OF AMERICA

vs.

GEORGE BLOOD,
Appellant
_____

Before: SCIRICA, <u>Chief</u> <u>Judge</u>, WEIS and GARTH, <u>Circuit Judges</u>
_____

**SUR PETITION FOR PANEL REHEARING**
_____

The petition for panel rehearing is **<u>GRANTED</u>**. The Opinion filed on

March 20, 2009 is **<u>WITHDRAWN</u>**.

The Court having concluded that the defendant's motion dated May 8, 2008

was timely filed under Rule 12(b)(3)(B), the case is remanded to the District Court for a

ruling on the merits of the motion.

BY THE COURT:

<u>S/JOSEPH F. WEIS JR.</u>
United States Circuit Judge

DATED:   April 28, 2009
MB/cc:   George Blood
         Lesley F. Wolf, Esq.